# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ramon Antonio Monreal-Rodriguez**<br>DOB: xx/xx/1986<br>U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-00763MJ** |

Complaint for violation of Title 21, United States Code, section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about September 23, 2018, at or near the San Miguel Gate, in the District of Arizona, **Ramon Antonio Monreal-Rodriguez,** named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown, to possess with intent to distribute 5 kilograms or more of cocaine, that is, approximately 41 kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).
    All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
The information in this complaint is based upon electronic communications between **Monreal-Rodriguez,** and Co-Conspirator 1, mobile surveillance, covert video surveillance, GPS monitoring, and agent knowledge and experience. At all times relevant to this complaint, **Monreal-Rodriguez** was employed by United States Border Patrol, as an agent. The San Miguel Gate and surrounding area, Tucson, and the United States Border Patrol station are all located within the District of Arizona.

On August 30, 2018, **Monreal-Rodriguez,** collected two bags containing "los chicos" ("the little ones") from a location to the east of the San Miguel Gate and just north of the of the Republic of Mexico/ United States border. Based on context, per unit pricing, and agent experience, agents have determined that "los chicos" is code for kilograms of hard narcotics, and is used to differentiate from "los grandes" (the large ones) which refers to kilograms of marijuana. **Monreal-Rodriguez** then continued on his Border Patrol shift, but stayed in regular communication with "Compadre," an individual coordinating the smuggling effort from Mexico into the United States (hereafter, "Co-Conspirator 1"). **Monreal-Rodriguez** informed Co-Conspirator 1 when he crossed through the border patrol checkpoint. **Monreal-Rodriguez** transferred the bags containing "los chicos" from his USBP vehicle to his personal use vehicle while at the Border Patrol station.

On September 17, 2018, at the direction of Co-Conspirator 1, Monreal-Rodriguez met with an unidentified individual in Tucson, Arizona at approximately 5:40 pm. Based on context and agent experience, agents have determined this meeting was for **Monreal-Rodriguez** to receive the initial cash payment for a large load of narcotics.

(Continued Page 2)

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>GED/am<br>AUTHORIZED BY:  AUSA Gordon E. Davenport III | SIGNATURE OF COMPLAINANT<br>*/s/ Adam Radtth/*<br>OFFICIAL TITLE<br>SPECIAL AGENT - FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 22, 2018   Copies Distributed |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Ramon Antonio Monreal-Rodriguez
(Continued from Page 1)

**18-00763MJ**

Agents have confirmed that **Monreal-Rodriguez** took sick leave that day. **Monreal-Rodriguez** coordinated with Co-Conspirator 1, who then sent **Monreal-Rodriguez** a photograph of a ledger regarding the "the account". The ledger outlines an expected payment of $390,000 for "41" with an expected payment to **Monreal-Rodriguez** of $56,020 for crossing ("cruse de") and transport of ("traida") of the "41." Based on context, price per unit, and agent experience, agents have determined the notation "41" refers to 41 kilograms of cocaine.

On September 18, 2018, **Monreal-Rodriguez** started his 12:00 am to 8:00 am shift as a border patrol agent. He arrived at the San Miguel Gate at approximately 1:40 am. **Monreal-Rodriguez** exchanged cash totaling $333,980 and received the 41 kilograms of cocaine from individuals positioned near a wash to the east of the gate at approximately 1:50 am. **Monreal-Rodriguez** retained the narcotics in his USBP vehicle for the remainder of his shift. **Monreal-Rodriguez** confirmed the pickup of narcotics with Co-Conspirator 1 through verbal communication. **Monreal-Rodriguez** then distributed the narcotics to another co-conspirator.

On September 20, 2018, via electronic communication, **Monreal-Rodriguez** confirmed the receipt for the second part of the payment ($336,000) with Co-Conspirator 1.

On September 21, 2018, Co-Conspirator 1 instructed **Monreal-Rodriguez** to break down the currency in his possession into $5,000 "bolas" so that the currency could be more easily smuggled while in Mexico. **Monreal-Rodriguez** was also directed to pay $8,200 to another co-conspirator (on a per unit price of $200 per/kilo) for hi/her role in the effort. From ledgers acquired, **Monreal-Rodriguez** was to receive approximately 3 kilograms of narcotics, $6,720 in transportation fees, and $3,600 in crossing fees as his total fee from the second payment. **Monreal-Rodriguez**'s total cash receipt was $66,320 from the two payments.

On September 22, 2018, **Monreal-Rodriguez**, while on shift with US Border Patrol and in his USBP vehicle, transferred the remainder of the drug proceeds (approximately $317,000) to an unidentified individual at the United States/Mexico border at approximately 1:35am. **Monreal-Rodriguez** also received his allocation of narcotics at that time. The total amount of currency transferred into Mexico on September 18 and September 22 was approximately $650,000.

On September 25, 2018, during the execution of a search warrant on **Monreal-Rodriguez**'s home for firearms related charges, agents seized approximately $62,000 in US currency from a cardboard box in the master bedroom. The currency was banded and wrapped in black construction paper and accompanied by an electronic money counter. A contemporaneous search of the center compartment of **Monreal-Rodriguez's** personal vehicle revealed approximately $3,900 in currency. The amount seized totals approximately $66,000.